# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| GROUPE DYNAMITE INC., | Case No. 20-12085 (JTD) |
| Debtor in a Foreign Proceeding. | |
| In re: | Chapter 15 |
| GRG USA HOLDINGS INC., | Case No. 20-12084 (JTD) |
| Debtor in a Foreign Proceeding. | |
| In re: | Chapter 15 |
| GRG USA LLC, | Case No. 20-12083 (JTD) |
| Debtor in a Foreign Proceeding. | **Ref. Docket No. 109** |

## ORDER AND FINAL DECREE CLOSING CHAPTER 15 CASES

Upon consideration of the final report and motion (the "Final Report and Motion") of Groupe Dynamite Inc., in its capacity as the authorized and appointed foreign representative (the "Foreign Representative") for the above-captioned debtors (the "Debtors") in a proceeding commenced under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, C-36, as amended, and pending before the Superior Court of Québec, Commercial Division (the "Canadian Proceedings"), for the entry of an order, pursuant to sections 105(a), 350, and 1517 of title 11 of the United States Code (the "Bankruptcy Code") closing the above-captioned chapter 15 cases (the

"Chapter 15 Cases"); and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that these cases having been properly commenced pursuant to section 1504 of the Bankruptcy Code by the filing of a petition for recognition of the Canadian Proceedings pursuant to section 1515 of the Bankruptcy Code; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and the Court having found that venue of this proceeding and the Final Report and Motion in this district is proper pursuant to 28 U.S.C. § 1410; and due and sufficient notice of the Final Report and Motion having been given, and it appearing that no other or further notice need be provided; and that the relief requested is in the best interest of the Debtors, their creditors, and other parties in interest in these Chapter 15 Cases, and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The chapter 15 cases of Groupe Dynamite Inc., Case No. 20-12085 (JTD), GRG USA Holdings Inc., Case No. 20-12084 (JTD), and GRG USA LLC, Case No. 20-12083 (JTD), are hereby closed in accordance with and pursuant to sections 1517(d) and 350 of the Bankruptcy Code and Local Rule 5009-2.

3. A docket entry shall be made in each of the Chapter 15 Cases reflecting the entry of this Order.

4. This Order is entered without prejudice to the rights of the Foreign Representative or any of the Debtors to seek to seek to reopen these Chapter 15 Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

5. Any orders heretofore entered by this Court in the Chapter 15 Cases shall survive entry of this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Foreign Representative is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: October 28th, 2024**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE